■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CUMMINGS, Appellant. [19 NYS3d 772]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Meyer, J.), dated March 21, 2012, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The People established, by clear and convincing evidence, that the defendant had previously been convicted of a felony sex crime (*see People v Goods*, 121 AD3d 660 [2014]; *People v Smalls*, 120 AD3d 1145 [2014]; *People v Carter*, 85 AD3d 995 [2011]). Therefore, the defendant was presumptively a level three sex offender pursuant to an automatic override address-

ing prior felony convictions for sex crimes, irrespective of the points scored on the risk assessment instrument (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 3-4 [2006]; *People v Barfield*, 115 AD3d 835 [2014]). Further, the Supreme Court properly denied the defendant's application for a downward departure from the presumptive risk level (*see People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Wyatt*, 89 AD3d 112, 128 [2011]). Rivera, J.P., Dickerson, Miller and Maltese, JJ., concur.